NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Paul R. Kiesel (SBN 119854)
D. Bryan Garcia (SBN 216904)
Ashley M. Conlogue (SBN 292083)
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: (310) 854-4444 / Fax: (310) 854-0812

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY REEVES NEAL; BARBARA NEAL, <br><br> Plaintiff(s), <br> v. <br> COUNTY OF LOS ANGELES; TRAVIS KELLY; CONNOR HOFFMAN; IAN WALKER, and DOES 1-50, inclusive, <br><br> Defendant(s). | CASE NUMBER: <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. TIMOTHY REEVES NEAL | 1. Plaintiff |
| 2. BARBARA NEAL | 2. Plaintiff |
| 3. COUNTY OF LOS ANGELES | 3. Defendant |
| 4. TRAVIS KELLY | 4. Defendant |
| 5. CONNOR HOFFMAN | 5. Defendant |
| 6. IAN WALKER | 6. Defendant |

July 16, 2020
Date

/s/ Paul R. Kiesel
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs