1
Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
2
Diane Martinez, State Bar No. 276499
E-Mail: dmartinez@hurrellcantrall.com
3
Faryar Barzin, State Bar No. 317614
E-Mail: fbarzin@hurrellcantrall.com
4
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
5
Los Angeles, California 90071
Telephone: (213) 426-2000
6
Facsimile: (213) 426-2020

7
Attorneys for Defendants, COUNTY OF LOS ANGELES, TRAVIS KELLY, CONNOR HOFFMAN, and IAN WALKER

8

9
**UNITED STATES DISTRICT COURT**

10
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12
TIMOTHY REEVES NEAL;
13
BARBARA NEAL,

        Plaintiffs,
14
15
    v.
16
COUNTY OF LOS ANGELES;
TRAVIS KELLY; CONNOR
17
HOFFMAN; IAN WALKER, and
DOES 1-50, inclusive,
18
        Defendants.
19

CASE NO. 2:20-cv-06315-CBM(JCx)

**DEFENDANT IAN WALKER'S ANSWER TO PLAINTIFFS TIMOTHY REEVES NEAL AND BARBARA NEAL'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

Assigned to Hon. Consuelo M. Marshall, Courtroom "8B"

20

21
        TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

22
        Defendant IAN WALKER ("defendant"), for himself alone and for no other

23
persons, entities, firms or corporations, answers plaintiffs' Complaint as follows:

24
**INTRODUCTION**

25
        1. In answer to paragraph 1, defendant acknowledges plaintiffs are bringing a

26
civil rights and state tort action seeking compensatory and punitive damages.

27
Defendant denies plaintiffs are entitled to punitive damages and penalties. As to the

28
remainder of the allegations contained in said paragraph, defendant denies each and

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1   every allegation against this defendant contained therein.

2   **PARTIES**

3       2. In answer to paragraph 2, defendant is without sufficient knowledge or
4   information to form a belief as to the truth of the allegations contained in said
5   paragraph.

6       3. In answer to paragraph 3, defendant is without sufficient knowledge or
7   information to form a belief as to the truth of the allegations contained in said
8   paragraph.

9       4. In answer to paragraph 4, defendant admits that the County of Los Angeles
10  is and was at all relevant times mentioned in the Complaint a public entity duly
11  organized under the laws of the State of California.

12      5. In answer to paragraph 5, answering defendant admits that he was
13  employed by the County of Los Angeles at all relevant times.  As to the remainder
14  of the allegations contained in said paragraph, defendant is without sufficient
15  knowledge or information to form a belief as to the truth of the allegations contained
16  in said paragraph and on that basis, defendant denies each and every allegation
17  against this defendant contained therein.   Defendant is also without sufficient
18  knowledge or information to form a belief as to the truth of the allegations contained
19  in said paragraph with respect to the DOE defendants, given that the DOE
20  defendants have not yet been identified, and on that basis deny each and every
21  allegation against the DOE defendants contained therein.

22      6. In answer to paragraph 6, answering defendant admits that he was
23  employed by the County of Los Angeles at all relevant times.  As to the remainder
24  of the allegations contained in said paragraph, defendant is without sufficient
25  knowledge or information to form a belief as to the truth of the allegations contained
26  in said paragraph and on that basis, defendant denies each and every allegation
27  against this defendant contained therein.   Defendant is also without sufficient
28  knowledge or information to form a belief as to the truth of the allegations contained

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  in said paragraph with respect to the DOE defendants, given that the DOE

2  defendants have not yet been identified, and on that basis deny each and every

3  allegation against the DOE defendants contained therein.

4       7. In answer to paragraph 7, answering defendant admits that he was

5  employed by the County of Los Angeles at all relevant times.  As to the remainder

6  of the allegations contained in said paragraph, defendant is without sufficient

7  knowledge or information to form a belief as to the truth of the allegations contained

8  in said paragraph and on that basis, defendant denies each and every allegation

9  against this defendant contained therein.  Defendant is also without sufficient

10  knowledge or information to form a belief as to the truth of the allegations contained

11  in said paragraph with respect to the DOE defendants, given that the DOE

12  defendants have not yet been identified, and on that basis deny each and every

13  allegation against the DOE defendants contained therein.

14       8. In answer to paragraph 8, defendant is without sufficient knowledge or

15  information to form a belief as to the truth of the allegations contained in said

16  paragraph and on that basis denies each and every allegation contained therein.

17  Moreover, plaintiff's allegations in said paragraph are overbroad, vague and

18  ambiguous and thus defendant is unable to admit or deny the allegations and on that

19  basis defendant denies each and every remaining allegation in said paragraph.

20  Defendant is also without sufficient knowledge or information to form a belief as to

21  the truth of the allegations contained in said paragraph with respect to the DOE

22  defendants, given that the DOE defendants have not yet been identified, and on that

23  basis deny each and every allegation against the DOE defendants contained therein.

24       9. In answer to paragraph 9, defendant is without sufficient knowledge or

25  information to form a belief as to the truth of the allegations contained in said

26  paragraph and on that basis denies each and every allegation contained therein.

27  Moreover, plaintiff's allegations in said paragraph are overbroad, vague and

28  ambiguous and thus defendant is unable to admit or deny the allegations and on that

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

10. In answer to paragraph 10, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

11. In answer to paragraph 11, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

12. In answer to paragraph 12, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

13. In answer to paragraph 13, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness, and on that basis denies each and every allegation contained therein.

14. In answer to paragraph 14, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness, and on that basis denies each and every allegation contained therein.

15. In answer to paragraph 15, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness, and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

16. In answer to paragraph 16, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant further alleges that such information is protected from disclosure pursuant to the peace officer's right to privacy, and on that basis also denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE

1  defendants have not yet been identified, and on that basis deny each and every

2  allegation against the DOE defendants contained therein.

3      17. In answer to paragraph 17, defendant denies each and every allegation

4  against this defendant contained in said paragraph. As to the remainder of the

5  allegations in said paragraph, defendant is without sufficient knowledge or

6  information to form a belief as to the truth of the allegations contained in said

7  paragraph and on that basis denies each and every allegation contained therein.

8  Defendant is also without sufficient knowledge or information to form a belief as to

9  the truth of the allegations contained in said paragraph with respect to the DOE

10  defendants, given that the DOE defendants have not yet been identified, and on that

11  basis deny each and every allegation against the DOE defendants contained therein.

12      18. In answer to paragraph 18, defendant denies each and every allegation

13  against this defendant contained in said paragraph. As to the remainder of the

14  allegations in said paragraph, defendant is without sufficient knowledge or

15  information to form a belief as to the truth of the allegations contained in said

16  paragraph and on that basis denies each and every allegation contained therein.

17  Defendant is also without sufficient knowledge or information to form a belief as to

18  the truth of the allegations contained in said paragraph with respect to the DOE

19  defendants, given that the DOE defendants have not yet been identified, and on that

20  basis deny each and every allegation against the DOE defendants contained therein.

21      19. In answer to paragraph 19, defendant is without sufficient knowledge or

22  information to form a belief as to the truth of the allegations contained in said

23  paragraph, and on that basis denies each and every allegation contained therein

24      20. In answer to paragraph 20, defendant denies each and every allegation

25  contained therein.

26  **JURISDICTION AND VENUE**

27      21. In answer to paragraph 21, defendant acknowledges plaintiffs are bringing

28  this action for the redress of alleged deprivations of constitutional rights protected

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

by 42 U.S.C. §§ 1983, 1985, 1986, 1988, and the Fourth Amendments of the United States Constitution. Defendant admits jurisdiction is proper in federal court.

22. In answer to paragraph 22, defendant admits venue is proper in this Court. As to the remaining allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

### FACTS COMMON TO ALL CAUSES OF ACTION

23. In answer to paragraph 23, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 22 of this complaint as if fully set forth herein.

24. In answer to paragraph 24, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein

25. In answer to paragraph 25, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

26. In answer to paragraph 26, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

27. In answer to paragraph 27, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

28. In answer to paragraph 28, defendant admits he was at all relevant times acting in the course and scope of his employment with the County of Los Angeles. As to the remainder of the allegations in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

29. In answer to paragraph 29, defendant denies each and every allegation contained therein.

30. In answer to paragraph 30, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

31. In answer to paragraph 31, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

32. In answer to paragraph 32, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

33. In answer to paragraph 33, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

34. In answer to paragraph 34, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph.

35. In answer to paragraph 35, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

36. In answer to paragraph 36, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

/ / /

/ / /

/ / /

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

**FIRST CAUSE OF ACTION**

**Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Unlawful Entry)**

**(Against Defendants KELLY, WALKER, HOFFMAN, DOE**

**OFFICERS, and DOE MET OFFICIALS)**

37. In answer to paragraph 37, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 36 of this complaint as if fully set forth herein.

38. In answer to paragraph 38, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

39. In answer to paragraph 39, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

40. In answer to paragraph 40, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

41. In answer to paragraph 41, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

42. In answer to paragraph 42, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

43. In answer to paragraph 43, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity, seeking compensatory damages for his alleged injuries, medical expenses, lost earning capacity and the alleged violation of his rights. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

44. In answer to paragraph 44, defendant acknowledges plaintiff Timothy Neal seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## SECOND CAUSE OF ACTION

**Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Excessive Force)**

**(Against Defendants KELLY, WALKER, HOFFMAN, DOE OFFICERS and DOE MET OFFICIALS)**

45. In answer to paragraph 45, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 44 of this complaint as if fully set forth herein.

46. In answer to paragraph 46, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

47. In answer to paragraph 47, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

48. In answer to paragraph 48, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

49. In answer to paragraph 49, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

50. In answer to paragraph 50, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

51. In answer to paragraph 51, defendant denies each and every allegation

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-12-

contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

52. In answer to paragraph 52, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

53. In answer to paragraph 53, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity, seeking compensatory damages for his alleged injuries, medical expenses, lost earning capacity and the alleged violation of his rights.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

54. In answer to paragraph 54, defendant acknowledges plaintiff Timothy Neal seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## THIRD CAUSE OF ACTION

**Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Denial of Medical Care)**

**(Against Defendants KELLY, WALKER, HOFFMAN, DOE**

**OFFICERS, and DOE MET OFFICIALS)**

55. In answer to paragraph 55, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 54 of this complaint as if fully set forth herein.

56. In answer to paragraph 56, defendant denies each and every allegation

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

57. In answer to paragraph 57, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

58. In answer to paragraph 58, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

59. In answer to paragraph 59, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

60. In answer to paragraph 60, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

61. In answer to paragraph 61, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1 form a belief as to the truth of the allegations contained in said paragraph with

2 respect to the DOE defendants, given that the DOE defendants have not yet been

3 identified, and on that basis deny each and every allegation against the DOE

4 defendants contained therein.

5      62. In answer to paragraph 62, defendant acknowledges plaintiff Timothy

6 Neal brings this claim in his individual capacity, seeking compensatory damages for

7 his alleged injuries, medical expenses, lost earning capacity and the alleged

8 violation of his rights.  Defendant denies that plaintiff is entitled to an award of

9 damages or any other form of relief as requested in the Complaint as a result of any

10 act or omission by this answering defendant.

11      63. In answer to paragraph 63, defendant acknowledges plaintiff Timothy

12 Neal seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled

13 to an award of damages or any other form of relief as requested in the Complaint as

14 a result of any act or omission by this answering defendant.

15 **FOURTH CAUSE OF ACTION**

16 **Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Monell-Ratification)**

17 **(Against Defendants COUNTY, KELLY, and DOES 21-50)**

18      64. In answer to paragraph 64, defendant acknowledges that plaintiffs are re-

19 alleging paragraphs 1 through 63 of this complaint as if fully set forth herein.

20      65. In answer to paragraph 65, defendant is without sufficient knowledge or

21 information to form a belief as to the truth of the allegations contained in said

22 paragraph, and on that basis denies each and every allegation contained therein.  To

23 the extent any allegation contained in said paragraph alleges any wrongdoing by this

24 answering defendant, answering defendant denies each and every such allegation.

25 Defendant is also without sufficient knowledge or information to form a belief as to

26 the truth of the allegations contained in said paragraph with respect to the DOE

27 defendants, given that the DOE defendants have not yet been identified, and on that

28 basis deny each and every allegation against the DOE defendants contained therein.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

66. In answer to paragraph 66, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

67. In answer to paragraph 67, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

68. In answer to paragraph 68, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

69. In answer to paragraph 69, defendant is without sufficient knowledge or

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1 information to form a belief as to the truth of the allegations contained in said
2 paragraph, and on that basis denies each and every allegation contained therein.  To
3 the extent any allegation contained in said paragraph alleges any wrongdoing by this
4 answering defendant, answering defendant denies each and every such allegation.
5 Defendant is also without sufficient knowledge or information to form a belief as to
6 the truth of the allegations contained in said paragraph with respect to the DOE
7 defendants, given that the DOE defendants have not yet been identified, and on that
8 basis deny each and every allegation against the DOE defendants contained therein.

9 　　　70. In answer to paragraph 70, defendant acknowledges plaintiff Timothy
10 Neal seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled
11 to an award of damages or any other form of relief as requested in the Complaint as
12 a result of any act or omission by this answering defendant.

13 **FIFTH CAUSE OF ACTION**

14 **Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Monell—Inadequate**
15 **Training)**

16 **(Against Defendants COUNTY, KELLY, and DOES 21-50)**

17 　　　71. In answer to paragraph 71, defendant acknowledges that plaintiffs are re-
18 alleging paragraphs 1 through 70 of this complaint as if fully set forth herein.

19 　　　72. In answer to paragraph 72, defendant denies each and every allegation
20 contained therein. Defendant is also without sufficient knowledge or information to
21 form a belief as to the truth of the allegations contained in said paragraph with
22 respect to the DOE defendants, given that the DOE defendants have not yet been
23 identified, and on that basis deny each and every allegation against the DOE
24 defendants contained therein.

25 　　　73. In answer to paragraph 73, defendant is without sufficient knowledge or
26 information to form a belief as to the truth of the allegations contained in said
27 paragraph, and on that basis denies each and every allegation contained therein.

28 　　　74. In answer to paragraph 74, defendant is without sufficient knowledge or

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  information to form a belief as to the truth of the allegations contained in said
2  paragraph, and on that basis denies each and every allegation contained therein.  To
3  the extent any allegation contained in said paragraph alleges any wrongdoing by this
4  answering defendant, answering defendant denies each and every such allegation.

5  75. In answer to paragraph 75, defendant is without sufficient knowledge or
6  information to form a belief as to the truth of the allegations contained in said
7  paragraph, and on that basis denies each and every allegation contained therein.  To
8  the extent any allegation contained in said paragraph alleges any wrongdoing by this
9  answering defendant, answering defendant denies each and every such allegation.
10  Defendant is also without sufficient knowledge or information to form a belief as to
11  the truth of the allegations contained in said paragraph with respect to the DOE
12  defendants, given that the DOE defendants have not yet been identified, and on that
13  basis deny each and every allegation against the DOE defendants contained therein.

14  76. In answer to paragraph 76, defendant is without sufficient knowledge or
15  information to form a belief as to the truth of the allegations contained in said
16  paragraph and on that basis denies each and every allegation contained therein.
17  Defendant is also without sufficient knowledge or information to form a belief as to
18  the truth of the allegations contained in said paragraph with respect to the DOE
19  defendants, given that the DOE defendants have not yet been identified, and on that
20  basis deny each and every allegation against the DOE defendants contained therein.

21  77. In answer to paragraph 77, defendant acknowledges plaintiff Timothy
22  Neal seeks compensatory damages for the alleged violation of his rights.  Defendant
23  denies that plaintiff is entitled to an award of damages or any other form of relief as
24  requested in the Complaint as a result of any act or omission by this answering
25  defendant.

26  78. In answer to paragraph 78, defendant acknowledges plaintiff Timothy
27  Neal seeks punitive damages, costs, and attorney's fees under this claim. Defendant
28  denies that plaintiff is entitled to an award of damages or any other form of relief as

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  requested in the Complaint as a result of any act or omission by this answering

2  defendant.

**SIXTH CAUSE OF ACTION**

**Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Monell—Unconstitutional Custom or Policy)**

**(Against Defendants COUNTY, KELLY, and DOES 21-50)**

79. In answer to paragraph 79, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 78 of this complaint as if fully set forth herein.

80. In answer to paragraph 80, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

81. In answer to paragraph 81, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

82. In answer to paragraph 82, defendant denies each and every allegation against this defendant contained therein. As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-19-

basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

83. In answer to paragraph 83, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

84. In answer to paragraph 84, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

85. In answer to paragraph 85, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

86. In answer to paragraph 86, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  paragraph, and on that basis denies each and every allegation contained therein.  To

2  the extent any allegation contained in said paragraph alleges any wrongdoing by this

3  answering defendant, answering defendant denies each and every such allegation.

4      87. In answer to paragraph 87, defendant is without sufficient knowledge or

5  information to form a belief as to the truth of the allegations contained in said

6  paragraph and on that basis denies each and every allegation contained therein.

7  Defendant is also without sufficient knowledge or information to form a belief as to

8  the truth of the allegations contained in said paragraph with respect to the DOE

9  defendants, given that the DOE defendants have not yet been identified, and on that

10 basis deny each and every allegation against the DOE defendants contained therein.

11     88. In answer to paragraph 88, defendant acknowledges plaintiff Timothy

12 Neal seeks compensatory damages for the alleged violation of his rights.  Defendant

13 denies that plaintiff is entitled to an award of damages or any other form of relief as

14 requested in the Complaint as a result of any act or omission by this answering

15 defendant.

16     89. In answer to paragraph 89, defendant acknowledges plaintiff Timothy

17 Neal seeks punitive damages, costs, and attorney's fees under this claim. Defendant

18 denies that plaintiff is entitled to an award of damages or any other form of relief as

19 requested in the Complaint as a result of any act or omission by this answering

20 defendant.

**SEVENTH CAUSE OF ACTION**

**Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Interference with**
**Familiar Relations)**

**(By Plaintiff BARBARA NEAL against Defendants KELLY, WALKER,**
**HOFFMAN, DOE OFFICERS and/or DOE MET OFFICIALS)**

26     90. In answer to paragraph 90, defendant acknowledges that plaintiffs are re-

27 alleging paragraphs 1 through 89 of this complaint as if fully set forth herein.

28     91. In answer to paragraph 91, defendant is without sufficient knowledge or

1   information to form a belief as to the truth of the allegations contained in said
2   paragraph and on that basis denies each and every allegation contained therein.

3   92. In answer to paragraph 92, defendant denies each and every allegation
4   contained therein. Defendant is also without sufficient knowledge or information to
5   form a belief as to the truth of the allegations contained in said paragraph with
6   respect to the DOE defendants, given that the DOE defendants have not yet been
7   identified, and on that basis deny each and every allegation against the DOE
8   defendants contained therein.

9   93. In answer to paragraph 93, defendant denies each and every allegation
10  contained therein. Defendant is also without sufficient knowledge or information to
11  form a belief as to the truth of the allegations contained in said paragraph with
12  respect to the DOE defendants, given that the DOE defendants have not yet been
13  identified, and on that basis deny each and every allegation against the DOE
14  defendants contained therein.

15  94. In answer to paragraph 94, defendant denies each and every allegation
16  against this defendant contained therein. As to the remainder of the allegations
17  contained in said paragraph, defendant is without sufficient knowledge or
18  information to form a belief as to the truth of the allegations contained in said
19  paragraph and on that basis denies each and every allegation contained therein.
20  Defendant is also without sufficient knowledge or information to form a belief as to
21  the truth of the allegations contained in said paragraph with respect to the DOE
22  defendants, given that the DOE defendants have not yet been identified, and on that
23  basis deny each and every allegation against the DOE defendants contained therein.

24  95. In answer to paragraph 95, defendant denies each and every allegation
25  against this defendant contained therein. As to the remainder of the allegations
26  contained in said paragraph, defendant is without sufficient knowledge or
27  information to form a belief as to the truth of the allegations contained in said
28  paragraph and on that basis denies each and every allegation contained therein.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

96. In answer to paragraph 96, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

97. In answer to paragraph 97, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

98. In answer to paragraph 98, defendant acknowledges plaintiff Barbara Neal brings this claim in her individual capacity, and seeks compensatory damages for her alleged injuries, and the alleged violation of her rights.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

99. In answer to paragraph 99, defendant acknowledges plaintiff Barbara Neal seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

/ / /

/ / /

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

### EIGHTH CAUSE OF ACTION

### Violation of Civil Code § 52.1 (Bane Act)

### (Against Defendants COUNTY, KELLY, WALKER, HOFFMAN, DOE OFFICERS and DOE MET OFFICIALS)

100. In answer to paragraph 100, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 99 of this complaint as if fully set forth herein.

101. In answer to paragraph 101, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

102. In answer to paragraph 102, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

103. In answer to paragraph 103, defendant denies each and every allegation contained therein.

104. In answer to paragraph 104, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

105. In answer to paragraph 105, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE

defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

106. In answer to paragraph 106, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

107. In answer to paragraph 107, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

108. In answer to paragraph 108, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

109. In answer to paragraph 109, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

110. In answer to paragraph 110, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

111. In answer to paragraph 111, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

112. In answer to paragraph 112, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity and seeks general, special, and punitive damages (except as to Defendant County for punitive damages), treble compensatory damages,  attorney's fees, and "any other relief allowable at law or in equity" as pled by plaintiffs.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## NINTH CAUSE OF ACTION

### Violation of California Civil Code § 52.3 (Custom and Practice)

### (Against Defendants COUNTY, KELLY, and DOES 21-50)

113. In answer to paragraph 113, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 112 of this complaint as if fully set forth herein.

114. In answer to paragraph 114, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

115. In answer to paragraph 115, defendant is without sufficient knowledge or

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  information to form a belief as to the truth of the allegations contained in said
2  paragraph and on that basis denies each and every allegation contained therein.

3  116. In answer to paragraph 116, defendant is without sufficient knowledge or
4  information to form a belief as to the truth of the allegations contained in said
5  paragraph, and on that basis denies each and every allegation contained therein.  To
6  the extent any allegation contained in said paragraph alleges any wrongdoing by this
7  answering defendant, answering defendant denies each and every such allegation.
8  Defendant is also without sufficient knowledge or information to form a belief as to
9  the truth of the allegations contained in said paragraph with respect to the DOE
10  defendants, given that the DOE defendants have not yet been identified, and on that
11  basis deny each and every allegation against the DOE defendants contained therein.

12  117. In answer to paragraph 117, defendant is without sufficient knowledge or
13  information to form a belief as to the truth of the allegations contained in said
14  paragraph, and on that basis denies each and every allegation contained therein.  To
15  the extent any allegation contained in said paragraph alleges any wrongdoing by this
16  answering defendant, answering defendant denies each and every such allegation.

17  118. In answer to paragraph 118, defendant denies plaintiff Timothy Neal is
18  entitled to a declaratory and/or injunctive relief.

19  **TENTH CAUSE OF ACTION**

20  **Battery**

21  **(Against Defendants COUNTY, WALKER, HOFFMAN, DOE**
22  **OFFICERS and DOE MET OFFICIALS)**

23  119. In answer to paragraph 119, defendant acknowledges that plaintiffs are
24  re-alleging paragraphs 1 through 118 of this complaint as if fully set forth herein.

25  120. In answer to paragraph 120, answering defendant admits that he was
26  employed by the County of Los Angeles and acting within the course and scope of
27  his employment at all relevant times.   As to the remainder of the allegations
28  contained in said paragraph, defendant denies each and every allegation contained

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

121. In answer to paragraph 121, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

122. In answer to paragraph 122, defendant denies each and every allegation against this defendant contained therein. As to the remaining allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

123. In answer to paragraph 123, defendant denies each and every allegation against this defendant contained therein.  As to the remaining allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

allegation against the DOE defendants contained therein.

124. In answer to paragraph 124, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

125. In answer to paragraph 125, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

126. In answer to paragraph 126, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity and seeks compensatory damages for his alleged injuries, medical expenses, lost earning capacity and the alleged violation of his rights.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## ELEVENTH CAUSE OF ACTION

### Negligence (Cal. Govt. Code § 820 and California Common Law)

### (Against Defendants COUNTY, KELLY, WALKER, HOFFMAN, and DOES 1-50)

127. In answer to paragraph 127, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 126 of this complaint as if fully set forth herein.

128. In answer to paragraph 128, defendant denies each and every allegation contained therein.

129. In answer to paragraph 129, defendant denies each and every allegation

contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

130. In answer to paragraph 130, defendant denies each and every allegation against this defendant contained therein.  As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

131. In answer to paragraph 131, defendant denies each and every allegation against this defendant contained therein. As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

132. In answer to paragraph 132, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

133. In answer to paragraph 133, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

134. In answer to paragraph 134, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity and seeks compensatory damages for his alleged injuries, medical expenses, lost earning capacity, and the violation of his rights.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## PRAYER FOR RELIEF

In answer to plaintiffs' Prayer for Relief, paragraphs A-F, this answering defendant denies generally and specifically each and every allegation contained therein as it refers to this answering defendant, and further denies that plaintiffs are entitled to an award of damages, injunctive relief or any other relief as a result of any act or omission by this answering defendant.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' Complaint fails to state facts sufficient to constitute a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, plaintiffs' claims against defendant are barred because defendant has absolute immunity from the allegations set forth in plaintiffs' Complaint.

### THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' Complaint, and each claim contained therein, is barred on the ground that defendant was not the cause of any alleged damage, injury, or loss to plaintiffs, if

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

any.

### FOURTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' Complaint, and each and every claim contained therein, and/or any amendments thereto, is barred by the applicable statute of limitations, including but not limited to California *Code of Civil Procedure* §§ 335.1 and 342.

### FIFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that the plaintiffs' claims are barred by the failure of plaintiffs to timely comply with the administrative claim provisions of California *Government Code* § 945.4.

### SIXTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' claims are barred by the failure of plaintiffs to commence the action within the time required by California *Government Code* §§ 911.2, 945.6, 950.2 and 950.6.

### SEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' Complaint, and each claim contained therein, is barred pursuant to the doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs are estopped by their own acts or omissions from recovery against this answering defendant for the claims asserted in the Complaint.

### NINTH AFFIRMATIVE DEFENSE

Any injury to plaintiffs was due to and caused by the negligence and omissions of plaintiffs to care for themselves, which carelessness and negligence and omissions were the proximate cause of the damage, if any, to plaintiffs.

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

### TENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' alleged damages, if any, contained in the Complaint, were caused by persons and/or entities other than the answering defendant who failed to exercise ordinary care, caution, prudence, and were negligent, or acted wrongfully in their dealing with plaintiff, and that at all times, said persons or entities were acting without consent, authorization, knowledge, and/or ratification of this answering defendant.   Accordingly, any recovery against this answering defendant by plaintiffs, if any, must be precluded and/or reduced in a proportionate amount to the fault on the part of such other persons and/or entities.

### ELEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, to the extent that plaintiffs suffered any detriment, such detriment was caused or contributed to by plaintiffs' negligence, and damages, if any, should be reduced in direct proportion to their fault.

### TWELFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that the conduct, if any, which is the subject of plaintiffs' Complaint, was absolutely and/or conditionally legally privileged, and/or justified.   Further, all actions by defendant were in good faith and reasonable.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that he is not liable for the failure to discharge a mandatory duty in that he exercised reasonable diligence in the discharge of all duties.

### FOURTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that he is not liable in that the injuries and damages, if any, were the result of the exercise of the discretion vested in public officers and employees.

**FIFTEENTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, defendant alleges that he is not liable by operation of California *Government Code* § 820.2.

**SIXTEENTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, defendant alleges that he is not liable by operation of California *Government Code* § 820.4 for the execution or enforcement of the law by public officers exercising due care.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, defendant alleges that he is not liable by operation of California *Government Code* § 820.6.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, defendant alleges that he is not liable by operation of California *Government Code* § 820.8, in that the injuries and damages, if any, were caused by the acts or omissions of other persons, and not answering defendant.

**NINETEENTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, defendant alleges that he is not liable pursuant to statute by operation of California *Government Code* § 822.2 for his misrepresentations.

**TWENTIETH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, defendant alleges that his acts or omissions were discretionary, requiring personal deliberation, decision and judgment which were done honestly, reasonably and in good faith, and by virtue of which he is immune from liability.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, defendant alleges that all the causes of action set forth in plaintiff's Complaint are barred because plaintiffs failed to take reasonable steps to mitigate their damages.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-34-

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

## TWENTY-SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that it is not liable pursuant to California *Penal Code* §§ 835 and 835(a) in that any physical force or contact utilized was reasonable to prevent escape or to overcome resistance, and was reasonable for the lawful defense of the officer(s) or others.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant is shielded from liability for civil damages insofar as the conduct in this case did not violate any statutory or constitutional right of which a reasonable person would have known.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, the actions of this defendant in all respects were reasonable, proper and legal.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant's conduct did not cause the constitutional violations alleged in plaintiffs' complaint.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, the conduct alleged in plaintiffs' Complaint did not violate an interest cognizable under 42 U.S.C. § 1983.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant contends that the damages, if any, should be in direct proportion to the fault of this defendant, if any, as provided by *Civil Code* §§ 1431 to 1431.5.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering defendant asserts he is not liable for damages imposed primarily for the sake of example and by way of punishing the answering defendant.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges he is not

liable for any of plaintiffs' alleged injuries, as the physical force or contact used against plaintiff's person was lawful, justified, proportional, and done so in self-defense.

### THIRTIETH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges he is not liable in that any physical force or contact utilized was objectively reasonable and for the lawful and privileged defense of peace officers or others.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, plaintiffs' claims against defendant are barred as defendant has qualified immunity from the allegations set forth in plaintiffs Complaint.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges he is not liable for an injury arising out of his entry upon any property where such entry is expressly or impliedly authorized by law, pursuant to *Government Code* § 821.8.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

Other defenses may exist to plaintiffs' Complaint, and defendant does not waive, but rather reserves the right to assert said defenses.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1    WHEREFORE, this answering defendant prays for judgment as follows:

2    1.    That plaintiffs take nothing by reason of their Complaint, and that

3    judgment be entered in favor of defendant;

4    2.    That this answering defendant recovers costs of suit incurred herein,

5    including reasonable attorneys' fees; and

6    3.    For such other and further relief as the Court deems proper and just.

7

8    DATED: August 27, 2020              HURRELL CANTRALL LLP

9

10

11    By:  /s/ Thomas C. Hurrell
                                              THOMAS C. HURRELL
12                                            DIANE MARTINEZ
                                              FARYAR BARZIN
13                                            Attorneys for Defendants, COUNTY OF
                                              LOS ANGELES, TRAVIS KELLY,
14                                            CONNOR HOFFMAN, and IAN
                                              WALKER
15

16

17

18

19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1

## **<u>DEMAND FOR JURY TRIAL</u>**

2        Defendant IAN WALKER hereby respectfully demands a trial by jury on all

3    claims in the within action as provided by *Federal Rule of Civil Procedure*, Rule

4    38(a) and (b).

5

6

7    DATED: August 27, 2020          HURRELL CANTRALL LLP

8

9                                    By:  /s/ Thomas C. Hurrell

10                                        THOMAS C. HURRELL
                                          DIANE MARTINEZ
11                                        FARYAR BARZIN
                                          Attorneys for Defendants, COUNTY OF
12                                        LOS ANGELES, TRAVIS KELLY,
                                          CONNOR HOFFMAN, and IAN
13                                        WALKER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000