Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Diane Martinez, State Bar No. 276499
E-Mail: dmartinez@hurrellcantrall.com
Faryar Barzin, State Bar No. 317614
E-Mail: fbarzin@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, TRAVIS KELLY, CONNOR HOFFMAN, and IAN WALKER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIMOTHY REEVES NEAL; BARBARA NEAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; TRAVIS KELLY; CONNOR HOFFMAN; IAN WALKER, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-06315-CBM(JCx)<br><br>**DEFENDANT COUNTY OF LOS ANGELES' ANSWER TO PLAINTIFF TIMOTHY REEVES NEAL AND BARBARA NEAL'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**<br><br>Assigned to Hon. Consuelo M. Marshall, Courtroom "8B" |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Defendant COUNTY OF LOS ANGELES ("defendant"), for itself alone and for no other persons, entities, firms or corporations, answers plaintiffs' Complaint as follows:

## INTRODUCTION

1. In answer to paragraph 1, defendant acknowledges plaintiffs are bringing a civil rights and state tort action seeking compensatory and punitive damages. Defendant denies plaintiffs are entitled to punitive damages and penalties. As to the

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

remainder of the allegations contained in said paragraph, defendant denies each and every allegation against this defendant contained therein.

### PARTIES

2. In answer to paragraph 2, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

3. In answer to paragraph 3, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

4. In answer to paragraph 4, defendant admits that the County of Los Angeles is and was at all relevant times mentioned in the Complaint a public entity duly organized under the laws of the State of California.

5. In answer to paragraph 5, defendant admits Ian Walker, Connor Hoffman and Travis Kelly were employed by the County of Los Angeles at all relevant times. As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, defendant denies each and every allegation against this defendant contained therein.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

6. In answer to paragraph 6, defendant admits Ian Walker, Connor Hoffman and Travis Kelly were employed by the County of Los Angeles at all relevant times. As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, defendant denies each and every allegation against this defendant contained therein.  Defendant is also without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

7. In answer to paragraph 7, defendant admits Ian Walker, Connor Hoffman and Travis Kelly were employed by the County of Los Angeles at all relevant times. As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, defendant denies each and every allegation against this defendant contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

8. In answer to paragraph 8, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

9. In answer to paragraph 9, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

10. In answer to paragraph 10, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

11. In answer to paragraph 11, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

12. In answer to paragraph 12, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

paragraph, and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

13. In answer to paragraph 13, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness, and on that basis denies each and every allegation contained therein.

14. In answer to paragraph 14, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness, and on that basis denies each and every allegation contained therein.

15. In answer to paragraph 15, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness, and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

16. In answer to paragraph 16, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant further alleges that such information is protected from disclosure pursuant to the peace officer's right to privacy, and on that basis also denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained

Hurrell Cantrall LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

17. In answer to paragraph 17, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

18. In answer to paragraph 18, defendant denies each and every allegation against this defendant contained in said paragraph. As to the remainder of the allegations in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

19. In answer to paragraph 19, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein

20. In answer to paragraph 20, defendant denies each and every allegation contained therein.

## JURISDICTION AND VENUE

21. In answer to paragraph 21, defendant acknowledges plaintiffs are bringing this action for the redress of alleged deprivations of constitutional rights protected by 42 U.S.C. §§ 1983, 1985, 1986, 1988, and the Fourth Amendments of the United

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

States Constitution. Defendant admits jurisdiction is proper in federal court.

22. In answer to paragraph 22, defendant admits venue is proper in this Court. As to the remaining allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

## FACTS COMMON TO ALL CAUSES OF ACTION

23. In answer to paragraph 23, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 22 of this complaint as if fully set forth herein.

24. In answer to paragraph 24, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein

25. In answer to paragraph 25, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

26. In answer to paragraph 26, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

27. In answer to paragraph 27, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

28. In answer to paragraph 28, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

29. In answer to paragraph 29, defendant denies each and every allegation contained therein.

30. In answer to paragraph 30, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

31. In answer to paragraph 31, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

32. In answer to paragraph 32, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

33. In answer to paragraph 33, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

34. In answer to paragraph 34, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph.

35. In answer to paragraph 35, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

36. In answer to paragraph 36, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

## FIRST CAUSE OF ACTION

### Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Unlawful Entry)

### (Against Defendants KELLY, WALKER, HOFFMAN, DOE

### OFFICERS, and DOE MET OFFICIALS)

37. In answer to paragraph 37, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 36 of this complaint as if fully set forth herein.

38. In answer to paragraph 38, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

paragraph, and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

39. In answer to paragraph 39, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

40. In answer to paragraph 40, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

41. In answer to paragraph 41, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

42. In answer to paragraph 42, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to

form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

43. In answer to paragraph 43, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity, seeking compensatory damages for his alleged injuries, medical expenses, lost earning capacity and the alleged violation of his rights.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

44. In answer to paragraph 44, defendant acknowledges plaintiff Timothy Neal seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## SECOND CAUSE OF ACTION

**Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Excessive Force)**

**(Against Defendants KELLY, WALKER, HOFFMAN, DOE OFFICERS and DOE MET OFFICIALS)**

45. In answer to paragraph 45, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 44 of this complaint as if fully set forth herein.

46. In answer to paragraph 46, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

47. In answer to paragraph 47, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

48. In answer to paragraph 48, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

49. In answer to paragraph 49, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

50. In answer to paragraph 50, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

51. In answer to paragraph 51, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

52. In answer to paragraph 52, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

53. In answer to paragraph 53, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity, seeking compensatory damages for his alleged injuries, medical expenses, lost earning capacity and the alleged violation of his rights.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

54. In answer to paragraph 54, defendant acknowledges plaintiff Timothy Neal seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## THIRD CAUSE OF ACTION

**Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Denial of Medical Care)**

**(Against Defendants KELLY, WALKER, HOFFMAN, DOE**

**OFFICERS, and DOE MET OFFICIALS)**

55. In answer to paragraph 55, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 54 of this complaint as if fully set forth herein.

56. In answer to paragraph 56, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

57. In answer to paragraph 57, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with

respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

58. In answer to paragraph 58, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

59. In answer to paragraph 59, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

60. In answer to paragraph 60, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

61. In answer to paragraph 61, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

62. In answer to paragraph 62, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity, seeking compensatory damages for his alleged injuries, medical expenses, lost earning capacity and the alleged violation of his rights.  Defendant denies that plaintiff is entitled to an award of

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  damages or any other form of relief as requested in the Complaint as a result of any
2  act or omission by this answering defendant.

3      63. In answer to paragraph 63, defendant acknowledges plaintiff Timothy
4  Neal seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled
5  to an award of damages or any other form of relief as requested in the Complaint as
6  a result of any act or omission by this answering defendant.

7  **FOURTH CAUSE OF ACTION**

8  **Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Monell-Ratification)**

9  **(Against Defendants COUNTY, KELLY, and DOES 21-50)**

10     64. In answer to paragraph 64, defendant acknowledges that plaintiffs are re-
11  alleging paragraphs 1 through 63 of this complaint as if fully set forth herein.

12     65. In answer to paragraph 65, defendant denies each and every allegation
13  contained therein. Defendant is also without sufficient knowledge or information to
14  form a belief as to the truth of the allegations contained in said paragraph with
15  respect to the DOE defendants, given that the DOE defendants have not yet been
16  identified, and on that basis deny each and every allegation against the DOE
17  defendants contained therein.

18     66. In answer to paragraph 66, defendant is without sufficient knowledge or
19  information to form a belief as to the truth of the allegations contained in said
20  paragraph, and on that basis denies each and every allegation contained therein.  To
21  the extent any allegation contained in said paragraph alleges any wrongdoing by this
22  answering defendant, answering defendant denies each and every such allegation.
23  Defendant is also without sufficient knowledge or information to form a belief as to
24  the truth of the allegations contained in said paragraph with respect to the DOE
25  defendants, given that the DOE defendants have not yet been identified, and on that
26  basis deny each and every allegation against the DOE defendants contained therein.

27     67. In answer to paragraph 67, defendant is without sufficient knowledge or
28  information to form a belief as to the truth of the allegations contained in said

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

paragraph, and on that basis denies each and every allegation contained therein.  To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

68. In answer to paragraph 68, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

69. In answer to paragraph 69, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

70. In answer to paragraph 70, defendant acknowledges plaintiff Timothy Neal seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

a result of any act or omission by this answering defendant.

## FIFTH CAUSE OF ACTION

### Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Monell—Inadequate Training)

### (Against Defendants COUNTY, KELLY, and DOES 21-50)

71. In answer to paragraph 71, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 70 of this complaint as if fully set forth herein.

72. In answer to paragraph 72, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

73. In answer to paragraph 73, defendant denies each and every allegation contained therein.

74. In answer to paragraph 74, defendant denies each and every allegation contained therein.

75. In answer to paragraph 75, defendant denies each and every allegation contained therein.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

76. In answer to paragraph 76, defendant denies it is liable to plaintiff Timothy Neal for compensatory damages under 42 U.S.C. § 1983. As to the remainder of the allegations in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-17-

therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

77. In answer to paragraph 77, defendant acknowledges plaintiff Timothy Neal seeks compensatory damages for the alleged violation of his rights. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

78. In answer to paragraph 78, defendant acknowledges plaintiff Timothy Neal seeks punitive damages, costs, and attorney's fees under this claim. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## SIXTH CAUSE OF ACTION

**Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Monell—Unconstitutional Custom or Policy)**

**(Against Defendants COUNTY, KELLY, and DOES 21-50)**

79. In answer to paragraph 79, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 78 of this complaint as if fully set forth herein.

80. In answer to paragraph 80, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

81. In answer to paragraph 81, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

82. In answer to paragraph 82, defendant denies each and every allegation against this defendant contained therein. As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Moreover, plaintiff's allegations in said paragraph are overbroad, vague and ambiguous and thus defendant is unable to admit or deny the allegations and on that basis defendant denies each and every remaining allegation in said paragraph. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

83. In answer to paragraph 83, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

84. In answer to paragraph 84, defendant denies each and every allegation contained therein against this answering defendant.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

85. In answer to paragraph 85, defendant denies each and every allegation contained therein against this answering defendant.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

86. In answer to paragraph 86, defendant denies each and every allegation contained therein against this answering defendant.

87. In answer to paragraph 87, defendant denies each and every allegation contained therein.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

88. In answer to paragraph 88, defendant acknowledges plaintiff Timothy Neal seeks compensatory damages for the alleged violation of his rights. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

89. In answer to paragraph 89, defendant acknowledges plaintiff Timothy Neal seeks punitive damages, costs, and attorney's fees under this claim. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

/ / /

/ / /

/ / /

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

**SEVENTH CAUSE OF ACTION**

**Deprivation of Civil Rights Under 42 U.S.C. § 1983 (Interference with Familiar Relations)**

**(By Plaintiff BARBARA NEAL against Defendants KELLY, WALKER, HOFFMAN, DOE OFFICERS and/or DOE MET OFFICIALS)**

90. In answer to paragraph 90, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 89 of this complaint as if fully set forth herein.

91. In answer to paragraph 91, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

92. In answer to paragraph 92, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

93. In answer to paragraph 93, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

94. In answer to paragraph 94, defendant denies each and every allegation against this defendant contained therein. As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to

the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

95. In answer to paragraph 95, defendant denies each and every allegation against this defendant contained therein. As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

96. In answer to paragraph 96, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

97. In answer to paragraph 97, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

98. In answer to paragraph 98, defendant acknowledges plaintiff Barbara Neal brings this claim in her individual capacity, and seeks compensatory damages for her alleged injuries, and the alleged violation of her rights.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  in the Complaint as a result of any act or omission by this answering defendant.

2  99. In answer to paragraph 99, defendant acknowledges plaintiff Barbara Neal

3  seeks attorney's fees under this claim. Defendant denies that plaintiff is entitled to an

4  award of damages or any other form of relief as requested in the Complaint as a

5  result of any act or omission by this answering defendant.

6  ## EIGHTH CAUSE OF ACTION

7  ### Violation of Civil Code § 52.1 (Bane Act)

8  ### (Against Defendants COUNTY, KELLY, WALKER, HOFFMAN, DOE

9  ### OFFICERS and DOE MET OFFICIALS)

10  100. In answer to paragraph 100, defendant acknowledges that plaintiffs are

11  re-alleging paragraphs 1 through 99 of this complaint as if fully set forth herein.

12  101. In answer to paragraph 101, defendant is without sufficient knowledge or

13  information to form a belief as to the truth of the allegations contained in said

14  paragraph and on that basis denies each and every allegation contained therein.

15  102. In answer to paragraph 102, defendant denies each and every allegation

16  contained therein. Defendant is also without sufficient knowledge or information to

17  form a belief as to the truth of the allegations contained in said paragraph with

18  respect to the DOE defendants, given that the DOE defendants have not yet been

19  identified, and on that basis deny each and every allegation against the DOE

20  defendants contained therein.

21  103. In answer to paragraph 103, defendant denies each and every allegation

22  contained therein.

23  104. In answer to paragraph 104, defendant denies each and every allegation

24  contained therein. Defendant is also without sufficient knowledge or information to

25  form a belief as to the truth of the allegations contained in said paragraph with

26  respect to the DOE defendants, given that the DOE defendants have not yet been

27  identified, and on that basis deny each and every allegation against the DOE

28  defendants contained therein.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

105. In answer to paragraph 105, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

106. In answer to paragraph 106, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

107. In answer to paragraph 107, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

108. In answer to paragraph 108, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph due to vagueness and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE

defendants contained therein.

109. In answer to paragraph 109, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

110. In answer to paragraph 110, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

111. In answer to paragraph 111, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

112. In answer to paragraph 112, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity and seeks general, special, and punitive damages (except as to Defendant County for punitive damages), treble compensatory damages,  attorney's fees, and "any other relief allowable at law or in equity" as pled by plaintiffs.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

/ / /
/ / /
/ / /
/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

# NINTH CAUSE OF ACTION

## Violation of California Civil Code § 52.3 (Custom and Practice)

## (Against Defendants COUNTY, KELLY, and DOES 21-50)

113. In answer to paragraph 113, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 112 of this complaint as if fully set forth herein.

114. In answer to paragraph 114, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

115. In answer to paragraph 115, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

116. In answer to paragraph 116, defendant denies each and every allegation contained therein. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

117. In answer to paragraph 117, defendant denies each and every allegation contained therein.

118. In answer to paragraph 118, defendant denies plaintiff Timothy Neal is entitled to a declaratory and/or injunctive relief.

# TENTH CAUSE OF ACTION

## Battery

## (Against Defendants COUNTY, WALKER, HOFFMAN, DOE OFFICERS and DOE MET OFFICIALS)

119. In answer to paragraph 119, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 118 of this complaint as if fully set forth herein.

120. In answer to paragraph 120, defendant is without sufficient knowledge or

information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.  To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

121. In answer to paragraph 121, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.  To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

122. In answer to paragraph 122, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein. To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

123. In answer to paragraph 123, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

paragraph due to vagueness, and on that basis denies each and every allegation contained therein. To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

124. In answer to paragraph 124, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein. To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

125. In answer to paragraph 125, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein. To the extent any allegation contained in said paragraph alleges any wrongdoing by this answering defendant, answering defendant denies each and every such allegation. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

126. In answer to paragraph 126, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity and seeks compensatory damages

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

for his alleged injuries, medical expenses, lost earning capacity and the alleged violation of his rights. Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## ELEVENTH CAUSE OF ACTION

### Negligence (Cal. Govt. Code § 820 and California Common Law)

### (Against Defendants COUNTY, KELLY, WALKER, HOFFMAN, and DOES 1-50)

127. In answer to paragraph 127, defendant acknowledges that plaintiffs are re-alleging paragraphs 1 through 126 of this complaint as if fully set forth herein.

128. In answer to paragraph 128, defendant denies each and every allegation contained therein.

129. In answer to paragraph 129, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

130. In answer to paragraph 130, defendant denies each and every allegation against this defendant contained therein.  As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

131. In answer to paragraph 131, defendant denies each and every allegation against this defendant contained therein. As to the remainder of the allegations contained in said paragraph, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

132. In answer to paragraph 132, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

133. In answer to paragraph 133, defendant denies each and every allegation contained therein. Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the DOE defendants, given that the DOE defendants have not yet been identified, and on that basis deny each and every allegation against the DOE defendants contained therein.

134. In answer to paragraph 134, defendant acknowledges plaintiff Timothy Neal brings this claim in his individual capacity and seeks compensatory damages for his alleged injuries, medical expenses, lost earning capacity, and the violation of his rights.  Defendant denies that plaintiff is entitled to an award of damages or any other form of relief as requested in the Complaint as a result of any act or omission by this answering defendant.

## **PRAYER FOR RELIEF**

In answer to plaintiffs' Prayer for Relief, paragraphs A-F, this answering defendant denies generally and specifically each and every allegation contained therein as it refers to this answering defendant, and further denies that plaintiffs are entitled to an award of damages, injunctive relief or any other relief as a result of any act or omission by this answering defendant.

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' Complaint fails to state facts sufficient to constitute a cause of action upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, plaintiffs' claims against defendant are barred because defendant has absolute immunity from the allegations set forth in plaintiffs' Complaint.

## THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' Complaint, and each claim contained therein, is barred on the ground that defendant was not the cause of any alleged damage, injury, or loss to plaintiffs, if any.

## FOURTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' Complaint, and each and every claim contained therein, and/or any amendments thereto, is barred by the applicable statute of limitations, including but not limited to California *Code of Civil Procedure* §§ 335.1 and 342.

## FIFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that the plaintiffs' claims are barred by the failure of plaintiff to timely comply with the administrative claim provisions of California *Government Code* § 945.4.

## SIXTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' claims are barred by the failure of plaintiff to commence the action within the time required by California *Government Code* §§ 911.2, 945.6, 950.2 and 950.6.

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

### SEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' Complaint, and each claim contained therein, is barred pursuant to the doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs are estopped by their own acts or omissions from recovery against this answering defendant for the claims asserted in the Complaint.

### NINTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that any injury to plaintiffs was due to and caused by the negligence and omissions of plaintiffs to care for themselves, which carelessness and negligence and omissions were the proximate cause of the damage, if any, to plaintiffs.

### TENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that plaintiffs' alleged damages, if any, contained in the Complaint, were caused by persons and/or entities other than the answering defendant who failed to exercise ordinary care, caution, prudence, and were negligent, or acted wrongfully in their dealing with plaintiff, and that at all times, said persons or entities were acting without consent, authorization, knowledge, and/or ratification of this answering defendant. Accordingly, any recovery against this answering defendant by plaintiffs, if any, must be precluded and/or reduced in a proportionate amount to the fault on the part of such other persons and/or entities.

### ELEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, to the extent that plaintiffs suffered any detriment, such detriment was caused or contributed to by plaintiffs' negligence, and damages, if any, should be reduced in direct proportion to their fault.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

## TWELFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that the conduct, if any, which is the subject of plaintiffs' Complaint, was absolutely and/or conditionally legally privileged, and/or justified.  Further, all actions by defendant were in good faith and reasonable.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that it is not liable for the failure to discharge a mandatory duty in that it exercised reasonable diligence in the discharge of all duties.

## FOURTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that it is not liable in that the injuries and damages, if any, were the result of the exercise of the discretion vested in public officers and employees.

## FIFTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that pursuant to the provisions of *Government Code* §§ 815.2(b) and 820.2, a public entity and its employees, officers, and agents are not responsible for injury and damages resulting from an act or omission that was a result of the exercise of discretion vested in such officer, employee, or agent, whether or not such discretion was abused.

## SIXTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that it is not liable by operation of California *Government Code* § 820.4 for the execution or enforcement of the law by public officers exercising due care.

## SEVENTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that it is not liable by operation of California *Government Code* § 820.6.

/ / /

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

### EIGHTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that it is not liable by operation of California *Government Code* § 820.8, in that the injuries and damages, if any, were caused by the acts or omissions of other persons, and not answering defendant.

### NINETEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that it is not liable pursuant to statute by operation of California *Government Code* §§ 818.8 and 822.2 for misrepresentations by employees.

### TWENTIETH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that its acts or omissions were discretionary, requiring personal deliberation, decision and judgment which were done honestly, reasonably and in good faith, and by virtue of which it is immune from liability.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that all the causes of action set forth in plaintiff's Complaint are barred because plaintiffs failed to take reasonable steps to mitigate their damages.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that it is not liable pursuant to California *Penal Code* §§ 835 and 835(a) in that any physical force or contact utilized was reasonable to prevent escape or to overcome resistance, and was reasonable for the lawful defense of the officer(s) or others.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant is shielded from liability for civil damages insofar as the conduct in this case did not violate any statutory or constitutional right which a reasonable person would have known.

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, the actions of this defendant in all respects were reasonable, proper and legal.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant's conduct did not cause the constitutional violations alleged in plaintiffs' complaint.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, the conduct alleged in plaintiffs' Complaint did not violate an interest cognizable under 42 U.S.C. § 1983.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant contends that the damages, if any, should be in direct proportion to the fault of this defendant, if any, as provided by *Civil Code*, §§ 1431 to 1431.5.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, answering defendant asserts it is not liable for damages imposed primarily for the sake of example and by way of punishing the answering defendant, including, but limited to punitive damages pursuant to *Government Code* § 818.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges it is not liable for any of plaintiffs' alleged injuries, as the physical force or contact used against plaintiff's person was lawful, justified, proportional, and done so in self-defense.

### THIRTIETH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges it is not liable in that any physical force or contact utilized was objectively reasonable and for the lawful and privileged defense of peace officers or others.

/ / /

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

### THIRTY-FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, plaintiffs' claims against defendant are barred as defendant and/or its employees have qualified immunity from the allegations set forth in plaintiffs Complaint.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges it is not liable for an injury arising out of its employees' entry upon any property where such entry is expressly or impliedly authorized by law, pursuant to *Government Code* § 821.8.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges it is not liable for an injury, whether such injury arises out of an act or omission of the public entity or a public employee or any other person pursuant to *Government Code* §§ 815 and 820.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that it is not liable pursuant to statute by operation of *Government Code* §§ 818.2 or 821 for the adoption or failure to adopt or enforce any law.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

Other defenses may exist to plaintiffs' Complaint, and defendant does not waive, but rather reserves the right to assert said defenses.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    WHEREFORE, this answering defendant prays for judgment as follows:

2    1.    That plaintiffs take nothing by reason of their Complaint, and that

3    judgment be entered in favor of defendant;

4    2.    That this answering defendant recovers costs of suit incurred herein,

5    including reasonable attorneys' fees; and

6    3.    For such other and further relief as the Court deems proper and just.

7

8    DATED: September 1, 2020          HURRELL CANTRALL LLP

9

10

11                                     By:   /s/ Thomas C. Hurrell

12                                          THOMAS C. HURRELL
                                            DIANE MARTINEZ
13                                          FARYAR BARZIN
                                            Attorneys for Defendants, COUNTY OF
14                                          LOS ANGELES, TRAVIS KELLY,
                                            CONNOR HOFFMAN, and IAN
15                                          WALKER

16

17

18

19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-37-

## **DEMAND FOR JURY TRIAL**

Defendant COUNTY OF LOS ANGELES hereby respectfully demands a trial by jury on all claims in the within action as provided by *Federal Rule of Civil Procedure*, Rule 38(a) and (b).

DATED: September 1, 2020          HURRELL CANTRALL LLP


By:  /s/ Thomas C. Hurrell
     THOMAS C. HURRELL
     DIANE MARTINEZ
     FARYAR BARZIN
     Attorneys for Defendants, COUNTY OF
     LOS ANGELES, TRAVIsS KELLY,
     CONNOR HOFFMAN, and IAN
     WALKER

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-38-