Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Diane Martinez, State Bar No. 276499
E-Mail: dmartinez@hurrellcantrall.com
Faryar Barzin, State Bar No. 317614
E-Mail: fbarzin@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES, TRAVIS KELLY, CONNOR HOFFMAN AND IAN WALKER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIMOTHY REEVES NEAL; BARBARA NEAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; TRAVIS KELLY; CONNOR HOFFMAN; IAN WALKER, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-06315-CBM(JCx)<br><br>**DISCOVERY MATTER: NOTICE OF JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO COMPEL PLAINTIFF TIMOTHY NEAL TO SIGN AUTHORIZATION TO RELEASE PLAINTIFF'S MENTAL HEALTH RECORDS**<br><br>Assigned to Hon. Consuelo M. Marshall, Courtroom "8B"<br><br>[Filed Concurrently with Joint Stipulation Re Defendants' Request to Compel Plaintiff Timothy Neal to Sign Authorization to Release Mental Health Records. Declaration of Faryar Barzin and Supporting Exhibits, Declaration of D. Bryan Garcia and Supporting Exhibits, and [Proposed] Order<br><br>**Date: October 12, 2021**<br>**Time: 9:30 a.m.**<br>**Courtroom: "750"**<br><br>Fact Discovery cut-off: 9/22/21<br>Expert Discovery cut-off: 11/8/21<br>Pre-trial Conference: 1/25/22<br>Trial: 2/22/22 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on October 12, 2021, at 9:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom "750" of the above-captioned Court, Defendant COUNTY OF LOS ANGELES will move this Court for an Order to Compel Plaintiff TIMOTHY NEAL to Sign Authorizations to Release Plaintiff's Mental Health Records.

This Motion will based upon this Notice, the Joint Stipulation of the Parties filed concurrently herewith, the Declaration of Faryar Barzin and attached exhibits, the Declaration of Bryan Garcia and attached exhibits, all pleadings, records, and papers on file in this action, and upon such other oral and documentary evidence as may be presented at the hearing of this Motion.

A copy of the present scheduling order is attached to the Declaration of Faryar Barzin, in compliance with *Local Rule* 37-2.1.

DATED: September 9, 2021     HURRELL CANTRALL LLP

By: */s/ Faryar Barzin*
THOMAS C. HURRELL
FARYAR BARZIN
Attorneys for Defendant, COUNTY OF LOS ANGELES, TRAVIS KELLY, CONNOR HOFFMAN AND IAN WALKER